IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL FILE NO. 3:16-cv-560-MR
CRIMINAL FILE NO. 3:03-cr-28-MR-1

| | |
|---|---|
| RICHARD DOYLE HUDSON, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>)<br>Respondent. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. [Doc. 1]. Petitioner seeks relief under Johnson v. United States, 135 S. Ct. 2551 (2015).

On November 17, 2015, the judges of this Court issued a Standing Order appointing counsel with the Federal Defenders of Western North Carolina to represent any defendant who was previously determined to have been entitled to appointment of counsel, or who is now indigent, to determine whether such defendant is eligible for relief under Johnson. Standing Order in re: Johnson v. United States, No. 3:13-mc-00196-FDW (W.D.N.C. Nov. 17, 2015). Based upon the entries of record contained in Petitioner's criminal

docket sheet, Petitioner was previously determined to be indigent. Accordingly, Petitioner falls within the purview of the Court's Standing Order.

**IT IS, THEREFORE, ORDERED** that no later than fifteen days from the entry of this Order, counsel with the Federal Defenders of Western North Carolina shall determine whether to file a supplement to the Petitioner's motion to vacate and shall notify the Petitioner of any decision made in that regard. If counsel with the Federal Defenders of Western North Carolina determines that a supplement to the Petitioner's motion should be filed, any such supplement shall be filed no later than thirty days from the entry of this Order.

The Clerk of Court is respectfully directed to provide a copy of this Order to Petitioner and the Federal Defenders of Western North Carolina.

**IT IS SO ORDERED.**

Signed: July 28, 2016

Martin Reidinger
United States District Judge