# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Richard Doyle Hudson,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:16-cv-00560-MR |
| | ) | 3:03-cr-00028-MR |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 4, 2016 Order.

                                          November 4, 2016

*[Signature]*

Frank G. Johns, Clerk
United States District Court